# Southern District of Iowa
## Exhibits Pursuant to L.R. 83.7(g)

### Receipt for Exhibits

**RECEIVED**
OCT 1 6 2006
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Date: September 8, 2006

Case Number: 3:02-cr-41

Case Name: USA v Gregory Collins

1) In accordance with LR 83.7(g) exhibits have been withdrawn by the undersigned.

_____     Plaintiff _____  Defendant _____  Govt. _____
Counsel

Date:_____

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_Mary C. Luxa_     Plaintiff ✓  Defendant _____  Govt. ✓
Counsel

Date: 10-16-06

Fax number: 515-284-6418
Address: U.S. District Court
         PO Box 9344
         Des Moines, IA 50306